# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                          Case No.  6:95-cr-186-Orl-18DAB

**STEVEN L. MURPHY**

_____

## ORDER ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court at a hearing held December 11, 2008 for consideration of a Report and Recommendation rendered by Magistrate Judge David A. Baker (Doc. No. 625), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on October 22, 2008.  The Defendant was represented at the hearing by Stephen Langs, Esquire, 201 South Orange Avenue, Suite 300, Orlando, Florida.  The defendant admitted all violations as alleged in the petition.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that the Defendant is restored to his previous terms and conditions of supervised release with the following added condition:

### ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall participate in the Home Detention program for a period of **60 Days**.  During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer.  Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer.  Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

The Judgment (Doc. No. 388) remains unaltered and in effect except as amended herewith.

**DATED AND ORDERED** on December 11, 2008 in Orlando, Florida.

Copies to:
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE