# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



FILED
2009 DEC 14 PM 3: 40
DISTRICT COURT
DISTRICT OF FL

UNITED STATES OF AMERICA

-vs-

STEVEN L. MURPHY

Case Number: 6:05-Cr-186-Orl-31DAB

USM Number: 18143-018

Clarence W. Counts, Jr.
201 South Orange Avenue, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, and 4 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for Cocaine in violation of the Standard Conditions of Supervision. | September 3, 2009 |
| 1 | Positive urinalysis for Cocaine in violation of the Standard Conditions of Supervision. | September 15, 2009 |
| 3 | Positive urinalysis for Cocaine in violation of the Standard Conditions of Supervision. | October 8, 2009 |
| 4 | Failure to participate in Drug Aftercare Treatment in violation of the Special Conditions of Supervision. | November 10, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

12/14/2009

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

December 14, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

It is FURTHER **ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The Defendant shall voluntary surrender to the United States Marshal for this district on January 4, 2010 at 2:00 P.M.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal